UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRIMINAL MOTIONS HEARING

| | |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| | BEFORE: Dulce J. Foster |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No.: 23-cr-232 (DWF/DJF) |
| | Date: September 25, 2023 |
| Brennan Walter Thomas, | Location: Minneapolis Courtroom 8E |
| Defendant. | Court Reporter: Renee Rogge |
| | Time: 2:04 pm – 3:05 pm |
| | Total Time: 1 hour & 1 minute |

**APPEARANCES:**

For Plaintiff: Emily Polachek, Assistant U.S. Attorney
For Defendant: Ryan M. Pacyga

**PROCEEDINGS:**

**Non-Dispositive Motions 18,19,20,21,22,23,24,25,26,27,28,29,30** taken under advisement on 9/25/2023. Order to be issued;

**Dispositive Motions 31** require additional briefing and will be taken under advisement as of the latest briefing due date:
Defendant Additional Briefing due 10/24/2023. Government Additional Briefing due 11/7/2023. Response due 11/14/2023. **R&R Issue Date 12/14/2023.** (Court Reporter Renee Rogge)

☒ Order to be issued  ☐ No order to be issued  ☒ R&R to be issued  ☐ No R&R to be issued

☒ Exhibits retained by the Court  ☐ Exhibits returned to counsel

*s/ Molly Hanning*
Judicial Law Clerk